IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PICTURE FRAME INNOVATIONS, LLC,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EASTMAN KODAK COMPANY, and  )<br>CDW CORPORATION,  )<br>  )<br>        Defendants.  )<br>  ) | Case No. 1:09-CV-4888<br><br>Judge Blanche M. Manning<br>Magistrate Judge Nan R. Nolan |

### DEFENDANT EASTMAN KODAK COMPANY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Eastman Kodak Company ("Kodak") respectfully moves for dismissal of the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of its motion, Kodak submits the accompanying Defendant Eastman Kodak Company's Memorandum in Support of Its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and states as follows:

1. On August 10, 2009, Picture Frame Innovations, LLC ("PFI") filed a complaint against defendants Kodak and CDW Corporation ("CDW"), alleging both direct and indirect infringement of United States Patent No. 7,107,605 ("the '605 patent").

2. Each invention claimed in the '605 patent requires "a digital image frame coupled with a computer system via a local area network (LAN)."

3. PFI does not allege that Kodak or any other person makes, uses, or sells the patented invention, including a digital image frame, computer system, and local area network (LAN), and therefore fails to state a plausible claim for direct infringement.

4. Because PFI alleges that persons other than Kodak directly infringe the patent by making, using, or selling digital image frames, not the patented invention, PFI also fails to state a claim for indirect infringement against Kodak.

5. PFI also fails to allege that Kodak's digital image frames and digital image frame components are not suitable for substantial noninfringing use, as required to state a plausible claim for contributory infringement by Kodak.

6. For all of the above reasons, PFI's complaint fails to state any claim on which relief can be granted, and should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

7. Because a dismissal of the claims asserted against Kodak will substantially alter both the nature of this case and the scope of discovery, Kodak requests that the October 13, 2009 initial status hearing be rescheduled pending a resolution of this motion to dismiss.

WHEREFORE, Defendant Kodak respectfully moves this court for an order dismissing all claims against Defendant Kodak and rescheduling the initial status hearing until after its ruling on the current motion.

Dated: October 2, 2009 Respectfully submitted,

  /s/ Timothy J. Heverin
James L. Wamsley III (pending pro hac vice)
jlwamsleyiii@jonesday.com
Tracy A. Stitt (pending pro hac vice)
tastitt@jonesday.com
JONES Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:    (216) 586-3939
Facsimile:    (216) 579-0212

Timothy J. Heverin (6243107)
tjheverin@jonesday.com
Ryan M. Hubbard (6296777)
rmhubbard@jonesday.com
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

*Attorney for Defendant*
*Eastman Kodak Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 2, 2009, a true and correct copy of the foregoing **DEFENDANT EASTMAN KODAK'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** was served via the Court's CM/ECF and e-mail to the attorneys of record listed below:

| | |
|---|---|
| Raymond P. Niro<br>rniro@nshn.com<br>David J. Sheikh<br>sheikh@nshn.com<br>Brian Erik Haan<br>bhaan@nshn.com<br>NIRO, SCARVONE, HALLER & NIRO, LTD.<br>181 West Madison Street<br>Suite 4600<br>Chicago, IL  60602<br>(312) 236-0733<br><br>*Attorneys for Plaintiff*<br>*Picture Frame Innovations, LLC* | Thomas L. Duston<br>tduston@marshallip.com<br>Anthony S. Gabrielson<br>agabrielson@marshallip.com<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, IL 60606-6357<br>(312) 474-6300<br><br>*Attorneys for Defendant CDW Corporation* |

     /s/ Timothy J. Heverin
Timothy J. Heverin