**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Picture Frame Innovations, LLC
                                        Plaintiff,

v.                                      Case No.: 1:09−cv−04888
                                        Honorable George W. Lindberg

Eastman Kodak Company, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 17, 2010:

     MINUTE entry before Honorable George W. Lindberg: Status hearing held and continued to 3/17/2010 at 10:00a.m. Plaintiff's request for leave to file an amended complaint is granted. Response to the amended complaint due 3/16/2010. The pending motions to dismiss are withdrawn. A representative from Intellectual Venture is to be present at the client's face to face settlement conference. Discovery cutoff set for 7/7/2010. Discovery hearing set for 6/2/2010 at 10:00a.m. Motion for summary judgment and supporting memorandum to be filed on or before 7/29/2010. Response to be filed on or before 8/11/2010. Reply to be filed on or before 8/18/2010. Ruling set for 9/22/2010 at 10:00a.m. Proposed final pretrial order to be submitted to chambers at 10:00a.m. on 9/28/2010. Jury trial set for 10/4/2010 at 10:00a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.