# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Picture Frame Innovations, LLC

                          Plaintiff,

v.                                                     Case No.: 1:09−cv−04888

                                                          Honorable George W. Lindberg

Eastman Kodak Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2010:

      MINUTE entry before Honorable George W. Lindberg: Plaintiff's motion to modify the Court's February 17, 2010 order [39] regarding the settlement conference [41] is granted in part and denied in part. As stated in open court, while Intellectual Ventures is encouraged to attend the parties' face−to−face settlement conference, it is not ordered to be present. Plaintiffs request that Judge Nolan participate in their face−to−face settlement conference is denied. The Court encourages the parties to exchange relevant documentation that my facilitate settlement prior to the parties settlement meeting, however, the Court will not order the exchange of specific information. The face−to−face meeting must occur by 3/31/2010 and the parties should report the outcome of that meeting to the status hearing on 3/31/2010 at 10:30 a.m. The status hearing scheduled for 3/17/2010 is stricken. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.